**No. 59402.**—London Records, Inc., et al. *v.* United States, protests 242391-K, etc. (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the paper coverings containing

phonograph records the subject of *United States* v. *Radio Corp. of America, RCA Victor Division* (41 C. C. P. A. 137, C. A. D. 541), the claim of the plaintiffs was sustained.